UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAKEISHA N. HOLLOWAY, | Case No. 2:16-cv-02823-KJD-PAL |
| Plaintiff, | ORDER |
| v. | |
| LAKECROSSING MENTAL HEALTH CENTER et al., | |
| Defendants. | |

## I. DISCUSSION

On February 21, 2018, this Court dismissed this action with prejudice because Plaintiff failed to file an amended complaint in compliance with this Court's January 12, 2018, order and for failure to state a claim. (ECF No. 5 at 2-3). The Clerk of Court entered judgment on February 22, 2018 and closed the case. (ECF No. 6).

On February 28, 2018, Plaintiff filed an application to proceed *in forma pauperis* and an amended complaint. (ECF No. 7, 8). Plaintiff also included a letter which stated that she had mailed her amended complaint on February 15, 2018 but the Clark County Detention Center mail officer did not process her legal mail because she had forgotten to seal the envelope. (ECF No. 8-1 at 1). Plaintiff includes the letter from the CCDC mail room officer as proof. (*Id.* at 2). Plaintiff requests that that the Court forgive her delay and accept her amended complaint. (*Id.* at 1).

The Court interprets Plaintiff's letter as a motion for reconsideration to reopen her case. The Court now vacates the dismissal order (ECF No. 5) and judgment (ECF No.

1

6) and reopens this case. The Court will screen the amended civil rights complaint (ECF No. 8) in a separate screening order in the future.

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of Court vacate the dismissal order (ECF No. 5) and judgment (ECF No. 6) in this case.

It is further ordered that the Clerk of Court reopen this case.

It is further ordered that the Court will issue a screening order on the amended civil rights complaint (ECF No. 8) in a separate order in the future.

It is further ordered that a decision on the application to proceed *in forma pauperis* (ECF No. 7) is deferred.

DATED THIS 21 day of March 2018.

                                                UNITED STATES DISTRICT JUDGE